IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANGELA K. COLEMAN, #114299**             **PETITIONER**

**VERSUS**             **CIVIL ACTION NO. 1:07CV1193HSO-JMR**

**STATE OF MISSISSIPPI**             **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on the Report and Recommendation [7] of Chief United States Magistrate Judge John M. Roper entered in this cause on May 15, 2008. The record reveals that Petitioner has neither filed a Response to Respondent's Motion, nor has she filed objections to the Magistrate's Report and Recommendation. Based on the record before this Court, the undersigned finds that the Magistrate Judge properly recommended that Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus be granted pursuant to 28 U.S.C. § 2244(d). After referral of hearing by this Court, no objections having been filed, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that the Magistrate's Report and Recommendation should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [7] of Chief United States Magistrate Judge John M. Roper entered on May 15, 2008, be, and the same hereby is, adopted as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Respondent's

Motion to Dismiss as to Angela Coleman filed December 10, 2007, should be and is hereby **GRANTED**. A separate judgment will be entered in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 30th day of June, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE