IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANGELA K. COLEMAN, #114299**                              **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 1:07CV1193HSO-JMR**

**STATE OF MISSISSIPPI**                                               **RESPONDENT**

### FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [7] of Chief United States Magistrate Judge John M. Roper entered in this cause on May 15, 2008. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Petitioner's Petition for Writ of Habeas Corpus should be and is hereby dismissed for failure to prosecute.

**SO ORDERED AND ADJUDGED**, this the 30th day of June, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE